◆ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Daryle Rochelle Wallette     Docket No.     2:13CR00096-017

### Petition for Action on Conditions of Pretrial Release

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Daryle Rochelle Wallette, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 28th day of June 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #24:** Substance Abuse Evaluation: Defendant shall undergo a substance abuse evaluation/drug testing if directed by a U.S. Probation Officer.

**Condition #29:** Curfew: Defendant shall be restricted to her residence everyday from 9 p.m. to 6 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to using marijuana.

**Violation #2:** The defendant admitted to using methamphetamine.

**Violation #3:** The defendant failed to provide a valid urine sample for the purpose of drug testing on August 15, 2013.

**Violation #4:** The defendant admitted to being away from her residence beyond her allotted curfew time on multiple occasions.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

RECEIVED
U.S. DISTRICT COURT
AUG 22 2013 at 8:00 am
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/21/2013

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

PS-8
Re: Wallette, Daryle Rochelle
August 21, 2013
Page 2

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

08-22-2013    8:50 a.m.
Date